IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM C. MCKANNAN | : | |
|     Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| SUPERINTENDENT WINGARD, et al., | : | NO. 14-1962 |
|     Respondents. | : | |

ORDER

**AND NOW**, this 8th day of September, 2014, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 1), after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart (Doc. 14), and Petitioner's Objections to the Report and Recommendation (Doc. 15), **IT IS HEREBY ORDERED and DECREED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**.

2. The petition for writ of habeas corpus is **DENIED and DISMISSED WITH PREJUDICE**.

3. A certificate of appealability **SHALL NOT** not issue.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker

**Honorable Petrese B. Tucker, U.S.C.J.**